IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IRENE V. BUTLER,                              )
                                              )
        Plaintiff,                            )
                                              )
vs.                                           )        CIVIL ACTION NO. 04-0194-P-B
                                              )
JO ANNE B. BARNHART, Commissioner             )
of Social Security,                           )
                                              )
        Defendant.                            )

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

        After due and proper consideration of all portions of this file deemed relevant to the issues

raised, with no objections having been filed, the Report and Recommendation of the Magistrate

Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated February 1, 2006 (doc.15), is hereby

ADOPTED as the opinion of this court.

        Accordingly, it is ORDERED that the decision of the Commissioner of Social Security

denying plaintiff benefits be and is hereby AFFIRMED, that judgment be entered in favor of the

Commissioner of Social Security, and that this action be and is hereby DISMISSED.

        DONE this 24th day of February, 2006.


                                        S/Virgil Pittman
                                        SENIOR UNITED STATES DISTRICT JUDGE