IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IRENE V. BUTLER, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>JO ANNE B. BARNHART, Commissioner )<br>of Social Security, )<br>)<br>    Defendant. ) | CIVIL ACTION NO. 04-0194-P-B |

## JUDGMENT

In accordance with this court's Order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that the decision of the Commissioner of Social Security denying plaintiff benefits is hereby AFFIRMED, and that judgment is entered in favor of defendant Commissioner Jo Anne B. Barnhart and against plaintiff Irene V. Butler.

DONE this 24th day of February, 2006.

    S/Virgil Pittman
    SENIOR UNITED STATES DISTRICT JUDGE